KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES,<br>        Plaintiffs,<br><br>v.<br><br>ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C.,<br>        Defendants,<br><br>v.<br><br>YUKON KUSKOKWIM HEALTH CORPORATION,<br>        Third-Party Defendant. | Case No. 4:14-cv-<br><br>**NOTICE OF REMOVAL** |

The United States, via the United States Attorney's Office, notifies this Court of the removal of this action from the Superior Court for the State of Alaska, Fourth Judicial District at Bethel. The notice is based on the following:

1. Plaintiffs filed a Complaint against Defendants Albert E. Morgan, D.C., Arctic Chiropractic Bethel, LLC, and Christopher F. Twiford, D.C. in the Superior Court for the State of Alaska at Bethel, Case No. 4BE-13-0082 CIV ("the State Action"). Plaintiffs alleged tort claims for negligence and personal injury against the Defendants.

2. Defendant Arctic Chiropractic Bethel, LLC ("ACB") subsequently filed a third party Complaint against the Yukon Kuskokwim Health Corporation ("YKHC") in the State Action. Defendant ACB (as Third-Party Plaintiff) asserted tort claims for medical negligence and apportionment of damages against YKHC pursuant to AS 09.17.080. Defendant ACB alleged that medical providers for YKHC provided negligent medical care to Plaintiff Jaclyn Cabales and that this negligence caused the alleged injuries that were claimed by Plaintiffs in the State Action. Defendant ACB seeks to have fault apportioned to YKHC for Plaintiffs' alleged injuries and damages.

3. YKHC is an Alaska Native contractor that is funded, in part, and operated under a contract or compact between YKHC and the United States Department of Health and Human Services, Indian Health Service (DHHS/IHS), pursuant to the Indian Self-Determination and Education Assistance Act (ISDEAA). *See* Public Law 93-638, 88 Stat. 2203, codified at 25 U.S.C. §§450a-n. For claims for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by an Alaska tribe, tribal organization, or contractor carrying out

a contract or agreement with DHHS under 25 U.S.C. §450f(d) or §450h, YKHC is deemed to be part of the Public Health Service (PHS) in the DHHS. *See* 25 U.S.C. §450f(d). Further, with respect to claims resulting from the performance of its ISDEAA contract or compact with the DHHS, YKHC is deemed to be part of the IHS and any civil action against YKHC involving such claims is deemed to be an action against the United States under the provisions and protection of the Federal Tort Claims Act (FTCA). *See* 25 U.S.C. §450(f) note; 28 U.S.C. §§ 2671-2680.

4. Defendant/Third-Party Plaintiff ACB has asserted claims for medical negligence and apportionment of damages against YKHC arising from the performance of medical services by YKHC pursuant to its contract or agreement with DHHS. Thus, Defendant/Third-Party Plaintiff ACB's claims against YKHC are deemed to be an action against the United States under the FTCA.

5. The remedy provided by the FTCA for tort claims against the United States is the exclusive remedy and this Notice of Removal is brought pursuant to 25 U.S.C. §§450a-n; 28 U.S.C. §1331, §1346, §2679(b); and 42 U.S.C. §233.

6. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice, are being filed with the State court where the action is pending.

RESPECTFULLY SUBMITTED, on June 23, 2014.

    KAREN L. LOEFFLER
    United States Attorney

    s/Gary M. Guarino
    Assistant U.S. Attorney
    Attorney for the Defendant

*Cabales v. Morgan, et al.*
Case No. 4:14-cv-    3

Case 4:14-cv-00013-JWS   Document 1   Filed 06/23/14   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2014,
a copy of the foregoing **NOTICE OF REMOVAL**
was served via U.S. Mail on:

**Attorney for Plaintiffs**
Myron E. Angstman, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

**Attorneys for Defendant Arctic Chiropractic**
Dennis E. Boyle, Esq.
Alaska Bar No. 1010055
4660 Trindle Road, Suite 200
Camp Hill, PA 17011

Robert J. Campbell
Caliber Law Group
Box 1303
Barrow, AK 99723

**Attorney for Defendant Christopher F. Twiford, D.C.**
Michael J. Hanson, Esq.
Call, Hansen & Kell, P.C.
413 G Street
Anchorage, AK 99501-2126

**Attorney for Third- Party Defendant Yukon Kuskokwim Health Corporation**
Stephen H. Hutchings
Law Offices of Birch, Horton, Bittner, & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501-3301

s/ Gary M. Guarino

*Cabales v. Morgan, et al.*
Case No. 4:14-cv-                 4