IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES,<br>                    Plaintiffs,<br><br>        v.<br><br>ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C.,<br>                    Defendants,<br><br>        v.<br><br>YUKON KUSKOKWIM HEALTH CORPORATION,<br>                    Third-Party Defendant. | Case No. 4:14-cv-00013-JWS<br><br><br><br>**ORDER GRANTING MOTION TO SUBSTITUTE UNITED STATES AS PROPER THIRD-PARTY DEFENDANT** |

The United States' motion to substitute in as the defendant for Yukon Kuskokwim Health Corporation is GRANTED.    The caption for the third party complaint shall read:   Arctic Chiropractic Bethel, LLC, Third-Party Plaintiff v. United States of America, third Party Defendant.

DATED this 27th day of June 2014.


                                        /s/   JOHN W. SEDWICK
                        SENIOR UNITED STATES DISTRICT JUDGE