MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

JACLYN CABALES, et al. vs. ALBERT E. MORGAN D.C., et al.

BEFORE THE HONORABLE JOHN W. SEDWICK  CASE NO. 4:14-cv-00013-JWS

DEPUTY CLERK/RECORDER: DENALI ELMORE

OFFICIAL REPORTER: NOT PRESENT

APPEARANCES:   PLAINTIFF: JOHN P. CASHION

               DEFENDANT: DENNIS E. BOYLE (TELEPHONIC)
                          ROBERT JOHN CAMPBELL (TELEPHONIC)
                          MICHAEL J. HANSON
                          GARY M. GUARINO

PROCEEDINGS: TELEPHONIC CONFERENCE HELD AUGUST 20, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re status of the case.

Any outstanding motions were **DENIED WITHOUT PREJUDICE.**

Mr. Campbell to apply to become a member of the federal bar by **August 27, 2014.**

Parties to meet and confer on jurisdiction. If an agreement is reached, parties are to file a notice. If an agreement is not reached, Mr. Guarino to file a motion as soon as possible, but not later than **October 20, 2014**.

This case to be transferred from a Fairbanks case to an Anchorage case.

At 9:16 a.m. court adjourned.

DATE: AUGUST 20, 2014    DEPUTY CLERK'S INITIALS: DJE