KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska   99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES,<br>           Plaintiffs,<br><br>v.<br><br>ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C.,<br>           Defendants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>           Third-Party Defendant. | Case No. 4:14-cv-00013-JWS<br><br>**UNITED STATES' MOTION TO DISMISS CLAIMS FOR DAMAGES AGAINST THE UNITED STATES FOR FAILURE TO FILE A CLAIM UNDER 28 U.S.C 2401(b)** |

      The United States moves, pursuant to Fed. R. Civ. Pro. 12(b)(1) and (6), to dismiss any claims for damages or monetary recovery against the United States due to Plaintiffs' failure to file a timely claim under 28 U.S.C. 2401(b).

This motion is supported by the concurrently filed memorandum and the pleadings and exhibits referenced therein.

RESPECTFULLY SUBMITTED, on October 16, 2014, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/Gary M. Guarino
        GARY M. GUARINO
        Assistant U.S. Attorney
        Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2014, a copy of the foregoing **MOTION TO DISMISS CLAIMS FOR DAMAGES AGAINST THE UNITED STATES FOR FAILURE TO FILE CLAIM UNDER 28 U.S.C 2401(b)** was served electronically on:

Myron Angstman
Robert Campbell
Michael J. Hanson
John P. Cashion
Dennis E. Boyle

s/ Gary M. Guarino
Office of the U.S. Attorney

*Cabales v. Morgan, et al.*
Case No. 4:14-cv-00013-JWS         2