IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES,<br>         Plaintiffs,<br><br>v.<br><br>ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C.,<br>         Defendants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>         Third-Party Defendant. | Case No. 4:14-cv-00013-JWS<br><br>**PROPOSED ORDER GRANTING UNITED STATES' MOTION TO DISMISS CLAIMS FOR DAMAGES AGAINST THE UNITED STATES FOR FAILURE TO FILE A CLAIM UNDER 28 U.S.C 2401(b)** |

Having duly considered the United States' Motion to Dismiss Claims for Damages Against the United States for Failure to File a Claim Under 28 U.S.C 2401(b), the motion is hereby GRANTED.

IT IS SO ORDERED

DATED:_____      _____
                                                        JAMES K. SINGLETON
                                                      U.S. DISTRICT COURT JUDGE